ROPERS, MAJESKI, KOHN & BENTLEY
PAMELA E. COGAN (SBN 105089)
BLAKE J. RUSSUM (SBN 258031)
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:      (650) 364-8200
Facsimile:      (650) 780-1701
Email:          pcogan@rmkb.com
                brussum@rmkb.com

Attorneys for Plaintiff
AMERICAN STATES INSURANCE COMPANY

CHAUNÉ WILLIAMS, ESQ. (SBN 243536)
ATTORNEY AT LAW
1300 Clay Street, Suite 600
Oakland, CA  94612
Telephone:  (510) 596-1777
Fax:  (510) 596-1778

Attorney for Defendants
RODNEY G. MCNAB AND CHANTEL EVANS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> RODNEY G. MCNAB, CHANTEL EVANS, <br><br> Defendants. | CASE NO. 3:14-CV-01008 VC <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** <br> AS MODIFIED <br> Date: June 27, 2014 <br> Time: 10:30 a.m. <br> Dept.: 4 <br><br> Hon. Vince Chhabria |

WHEREAS, the Complaint for Declaratory Relief ("Complaint") in this matter was filed by Plaintiff American States Insurance Company ("American States") on March 4, 2014;

WHEREAS, this Court issued an Order Setting Initial Case Management Conference scheduling the conference for June 27, 2014;

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1    WHEREAS, Defendants have just informed Plaintiff that the underlying action giving rise

2    to this insurance coverage related action has settled in principal.  The underlying action was

3    removed to bankruptcy court and all parties to the underlying action need to sign the settlement

4    agreement and the local rule requires 21 days' notice of the settlement to creditors.  It is

5    Defendants' position that, once the bankruptcy court approves the settlement agreement and the

6    case is dismissed, this action will be rendered moot.  Therefore, Defendants request a continuance

7    of this matter of at least 30 days;

8    WHEREAS, American States is not aware of the facts or circumstances pertaining to the

9    purported settlement of the underlying case and is not in any position to comment on the effect of

10   any such settlement on the instant action; however, American States joins in Defendants' request

11   for a continuance of the Case Management Conference for 30 days in light of Defendants'

12   representation that the underlying case has been resolved in principal.

13   IT IS SO STIPULATED.

14   Dated: June 20, 2014                    ROPERS, MAJESKI, KOHN & BENTLEY

15

16                                          By:/e/ Blake J. Russum
17                                             PAMELA E. COGAN
                                               BLAKE J. RUSSUM
18                                             Attorneys for Plaintiff
                                               AMERICAN STATES INSURANCE
19                                             COMPANY

20

21

22   Dated: June 20, 2014                    By:/e/ Chauné Williams
23                                             CHAUNÉ WILLIAMS, ESQ.
                                               Attorneys for Defendants
24                                             RODNEY G. MCNAB and CHANTEL
                                               EVANS
25

26

27

28

RC1/7509490.1/BJR

STIPULATION AND [PROPOSED] ORDER
CONTINUING CMC -
CASE NO. 3:14-CV-01008

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the Parties' stipulation, the initial case management conference is continued to July 2̶5̶, 2014, in Courtroom 4̶, at 1̶0̶:̶3̶0̶ a.m.  The Parties shall file their joint case management statement by July 1̶8̶, 2014.

22

10

15

10:00

Dated:  June 23, 2014

By:_____

Hon. Vince Chhabria
United States ...



IT IS SO ORDERED
AS MODIFIED

Judge Vince Chhabria

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28