United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RODNEY G. MCNAB, et al.,<br><br>　　　　　Defendants. | Case No. 14-cv-01008-VC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>Re: Dkt. No. 8 |

For the reasons stated on the record at today's hearing, the Court declines to entertain this declaratory judgment action. *See Gov't Emps. Ins. Co. v. Dizol*, 133 F.3d 1220, 1225 (9th Cir. 1998) (en banc). The motion to dismiss is granted. The case is dismissed without prejudice to the plaintiff's ability to seek relief in a more appropriate forum. All other pending motions are denied as moot.

**IT IS SO ORDERED**.

Dated: November 6, 2014

VINCE CHHABRIA
United States District Judge